Kathryn Holbert, Esq.
Nevada Bar No. 10084
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
228 South 4th Street, Suite 300
Las Vegas, NV 89101
(702)386-8600, Fax (702)383-0994
kholbert@brianshapirolaw.com
Attorneys for Defendant
NORTHLAND GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEVIN FORD,

        Plaintiff,

vs.

NORTHLAND GROUP, INC., and DOES 1-10, inclusive

        Defendant.

Case No.: 2:13-cv-00747-JCM-NJK

## STIPULATION AND ORDER TO DISMISS

KEVIN FORD, ("Plaintiff"), by and through his counsel, David H. Krieger, Esq. with Haines & Krieger, LLC. and NORTHLAND GROUP, ("Defendant") by and through its attorney Kathryn Holbert, Esq., with the Law Office of Brian D. Shapiro, LLC, hereby agrees as follows:

WHEREAS, the Plaintiff and Defendant have reached a resolution in this matter.

WHEREAS, the Defendant has performed in accordance with the terms of the resolution.

WHEREAS, the Plaintiff and Defendant stipulate to dismiss this matter with prejudice.

WHEREAS, the parties each agree to pay their own costs and fees incurred in this matter.

/ / /
/ / /
/ / /
/ / /
/ / /

1  WHEREAS, the undersigned each has express authority on behalf of its Client to enter into
2  this Stipulation.

4  Dated: 6-17-13                                       Dated: 6-14-13

7  _____                          /s/ David H. Krieger
   Kathryn Holbert, Esq.                                David H. Krieger, Esq.
   Nevada Bar No. 10084                                 Nevada Bar No. 9086
8  Law Office of Brian D. Shapiro, LLC                  Haines & Krieger, LLC
   228 S. 4th Street, Suite 300                         5041 N. Rainbow Blvd.
9  Las Vegas, NV 89101                                  Las Vegas, NV 89130
   (702)386-8600, Fax (702)383-0994                     (702) 880-5554; Fax (702) 385-5518
10 kholbert@brianshapirolaw.com                         dkrieger@hainesandkrieger.com
   Attorney for Defendant                               Attorney for Plaintiff

### ORDER

Based upon and pursuant to the above and foregoing Stipulation is it hereby ORDERED that the above referenced matter is hereby dismissed with prejudice, each party to bear their own attorneys fees and costs.

**IT IS SO ORDERED** June 19, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
Kathryn Holbert, Esq.
Nevada Bar No. 10084
Law Office of Brian D. Shapiro
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
(702)386-8600, Fax (702)383-0994
kholbert@brianshapirolaw.com
Attorney for Defendant